IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **REDACTED** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 26 |
| ) | |
| ANDREW LLOYD, a/ka, ROCKO, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

FILED MAR 28 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

The Grand Jury for the District of Delaware charges that:

#### Count I

From on or about September 2004, and continuing up to December 16, 2004, in the State and District of Delaware, and elsewhere, Andrew Lloyd, a/k/a Rocko, defendant herein, did knowingly conspire and agree with A.C. and other unindicted coconspirators known and unknown to the grand jury to commit the following offense against the United States: to knowingly distribute, and to possess with intent to distribute, heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 846.

#### Count II

On or about December 2, 2004, in the District of Delaware, Andrew Lloyd, a/k/a Rocko, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## Count III

On or about December 7, 2004, in the District of Delaware, Andrew Lloyd, a/k/a Rocko, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## Count IV

On or about December 12, 2004, in the District of Delaware, Andrew Lloyd, a/k/a Rocko, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## Count V

On or about December 2, 2004, at about 7:57 p.m., in the District of Delaware, Andrew Lloyd, a/k/a Rocko, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone with the telephone no. 302-275-9044, to facilitate the commission of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 843(b).

## Count VI

On or about December 7, 2004, at about 6:12 p.m., in the District of Delaware, Andrew Lloyd, a/k/a Rocko, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone with the telephone no. 302-562-2455, to facilitate the commission of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 843(b).

## Count VII

On or about December 12, 2004, at about 6:07 p.m., in the District of Delaware, Andrew Lloyd, a/k/a Rocko, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone with the telephone no. 302-293-3940, to facilitate the commission of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 843(b).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
First Assistant United States Attorney

Dated: 3/28/06