FILED IN OPEN COURT
4/6/06 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. Act. No. 06-26 |
| ANDREW LLOYD, | ) | |
| Defendant. | ) | |

FILED
APR 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   _____    Crime of violence (18 U.S.C. § 3156)

   _____    Maximum sentence life imprisonment or death

   __X__    10+ year drug offense

   _____    Felony, with two prior convictions in above categories

   __X__    Serious risk defendant will flee

   _____    Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__    Defendant's appearance as required

  __X__  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because **(check one or both)**:

  __X__  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

  _____  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

  _____  At first appearance

  __X__  After continuance of __3__ days (not more than 3).

DATED this **6th** day of _April_, 2006.

          COLM F. CONNOLLY
          United States Attorney

          BY: _Richard G. Andrews_
          Richard G. Andrews
          First Assistant U. S. Attorney