AO 470 (8/85) Order of Temporary Detention

FILED IN OPEN COURT
4/6/06 KJK

# United States District Court

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>___ANDREW LLOYD___<br>Defendant | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>**Case Number:** CR 06-26-UNA |

Upon motion of the **Government**, it is ORDERED that a

**Detention Hearing** is set for ___April 15, 2006___ * at ___9:30 a.m.___
                                      Date                        Time

before ___Honorable Mary Pat Thynge, U.S. Magistrate Judge___
           Name of Judicial Officer

___Courtroom #6C, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware___
                       Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                              Other Custodial Official

and produced for the hearing.

___April 6, 2006___                    ___[signature]___
        Date                                Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
   A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED
APR 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE