AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

ANDREW LLOYD,
a/k/a Rocko

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

Case Number:   CR 06-26-UNA



SEALED    UNSEALED 4/6/06 KJK.

YOU ARE HEREBY COMMANDED to arrest _____ ANDREW LLOYD _____
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNT I );
POSSESSION WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNTS II THRU IV );
USING A TELEPHONE TO FACILITATE A DRUG FELONY - ( COUNTS V THRU VII )

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846 and 841(a)(1) and (b)(1)( C ) _____

PETER T. DALLEO _____
Name of Issuing Officer

BY: _____ DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT _____
Title of Issuing Officer

MARCH 29, 2006 AT WILMINGTON, DE _____
Date and Location

FILED
APR 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Andrew Lloyd

| DATE RECEIVED<br>3-29-06 | NAME AND TITLE OF ARRESTING OFFICER<br>for Dora<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER<br>William David |
|---|---|---|
| DATE OF ARREST<br>4-6-06 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____