IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-26 JJF |
| ANDREW LLOYD, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, August 15, 2006** at **3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and August 15, 2006, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

July 20, 2006              _____
      DATE                  UNITED STATES DISTRICT JUDGE



FILED
JUL 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE