*Filed in Open Court this 20th day of November, 2006*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW LLOYD, )<br>a/k/a Rocko, )<br>)<br>Defendant. ) | Criminal Action No. 06-26-JJF |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorney, Richard G. Andrews, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts I, III, IV, V, and VI of the Indictment pursuant to the Memorandum of Plea Agreement dated August 15, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 11/20/06

IT IS SO ORDERED this _30_ day of _November_, 2006.

FILED
NOV 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

HONORABLE JOSEPH J. FARNAN, JR.
United States District Court